

EXHIBIT
1

**Stewart et al. v. Enhanced Recovery Company, LLC**
**Case No.:  3:15-CV-00921-MMH-JRK**

Plaintiffs' Individual Settlement and Attorneys' Fees Allocation
<u>Composite Exhibit</u>

| Plaintiff | Total Settlement | Attorneys' Fee Allocation |
|---|---|---|
| Jacquelyn Stewart | $2,000.00 | $2,398.50 |
| Infinity Thompson | $700.00 | $840.60 |
| Deitre D. Jackson | $700.00 | $840.60 |
| Sharnell Crews | $700.00 | $840.60 |
| Latara Griffin | $700.00 | $840.60 |
| Ruth Naomi Woolridge | $700.00 | $840.60 |
| Malorie Purdue | $2,000.00 | $2,398.50 |
|  | $7,500.00 | $9,000.00 |